WVND (January 2014)
Notice of Attorney Appearance and Counsel Contact Form

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

State of West Virginia

*Plaintiff*

V.

U. S. Department of Homeland Security, et al.

*Defendant*

Case No. 2:21-CV-00022

## NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT FORM

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: November 2, 2021

/s/ Christopher J. Prezioso

*Attorney's signature*

Christopher J. Prezioso (W. Va. Bar #9384)

*Printed name and bar number*

P.O. Box 591
1125 Chapline Street, Suite 3000
Wheeling, WV 26003

*Address*

Christopher.J.Prezioso@usdoj.gov

*E-mail address*

(304) 234-0100

*Telephone number*

(304) 234-0112

*FAX number*