IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | |
|---|---|
| **STATE OF WEST VIRGINIA**, <br><br> Plaintiff, <br><br>          v. <br><br> **UNITED STATES DEPARTMENT OF HOMELAND SECURITY;** and <br><br> **ALEJANDRO MAYORKAS**, in his official capacity as the Secretary of the United States Department of Homeland Security <br><br> Defendants. | Case No. 2:21-CV-22 <br><br> (Judge Kleeh) |

### STIPULATION OF VOLUNTARY DISMISSAL

In light of recent rulings by the United States Supreme Court, comes now the Plaintiff, the State of West Virginia, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and hereby stipulates to voluntarily dismiss, WITHOUT PREJUDICE, the claims it has currently asserted against the Defendants, United States Department of Homeland Security, and Alejandro Mayorkas, in his official capacity as the Secretary of the United States Department of Homeland Security.

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure permits voluntary dismissal by a plaintiff of an action without order of the Court by "filing a stipulation of dismissal signed by all parties who have appeared" in this action.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and by the signatures below, the Parties to this matter consent and hereby stipulate to the voluntary dismissal, without prejudice, of the Amended Complaint filed by the State of West Virginia.

STATE OF WEST VIRGINIA, Plaintiff

By counsel,

*/s/ Curtis R. A. Capehart*
Curtis R.A. Capehart (WV Bar # 9876)
*Deputy Attorney General*
Office of the West Virginia Attorney General
State Capitol Complex
1900 Kanawha Blvd. E, Building 1, Room E-26
Charleston, WV 25305-0220
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
Email: curtis.r.a.capehart@wvago.gov

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and
ALEJANDRO MAYORKAS, Defendants

By counsel,

*/s/ Elissa Fudim (by permission)*
Elissa Fudim
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-6073
Email: elissa.p.fudim@usdoj.gov

*/s/ Christopher J. Prezioso (by permission)*
Christopher J. Prezioso
Assistant United States Attorney
W. Va. Bar # 9384
United States Attorney's Office
P.O. Box 591
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
(304) 234-0100
Email: christopher.j.prezioso@usdoj.gov