IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**STATE OF WEST VIRGINIA,**

    **Plaintiff,**

v.                                                       **CIVIL ACTION NO. 2:21cv22**
                                                                       **(KLEEH)**

**UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, and
ALEJANDRO MAYORKAS, in his official
capacity as the Secretary of
the United States Department
of Homeland Security,**

    **Defendants.**

## ORDER OF DISMISSAL

On July 3, 2023, Plaintiff and Defendants filed a *Stipulation of Dismissal* in which they stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to a dismissal of the action. ECF No. 47. This action is hereby **DISMISSED WITHOUT PREJUDICE** from the Court's active docket. All pending motions are hereby **TERMINATED.**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented party by certified mail, return receipt requested.

**DATED**: July 5, 2023

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA